IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Petitioner,<br><br>  vs.<br><br>FRISCO, Warden,<br><br>    Respondent. | No. C 06-4611 JSW (PR)<br><br>**ORDER OF TRANSFER** |

      Petitioner is a state prisoner currently incarcerated at California State Prison-Solano, located in Vacaville, California, within the venue of the United States District Court for the Eastern District of California. On July 28, 2006, this Court received the petition for a writ of habeas corpus regarding Petitioner's parole hearings before the Board of Prison Terms, which was transferred here from the Eastern District of California, where it was originally filed by Petitioner.

      A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* However, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

  While it may have appeared that the petition referred to Petitioner's underlying conviction resulting from a guilty plea in San Francisco Superior Court, it is clear from reviewing the petition that Petitioner's claims of a constitutional violation are directed to the execution of sentence, in that they involve the failure of the Parole Board to find Petitioner suitable for parole on five separate occasions. Therefore, this Court will transfer this action back to the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer this matter forthwith.

  IT IS SO ORDERED.

DATED: August 17, 2006

          *Jeffrey S. White*
          JEFFREY S. WHITE
          United States District Judge